# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-cr-00285-APG-NJK |
| vs. ) | ORDER SETTING HEARING |
| BRANDON LAMAR PRUITT, ) | (Docket No. 28) |
| Defendant. ) | |

Pending before the Court is Defendant's motion for status conference, which is hereby GRANTED. Docket No. 28. The Court hereby sets a status conference on February 13, 2017, at 11:00 a.m. in courtroom 3A. Defendant and his counsel are required to be present in the courtroom at the status conference.

IT IS SO ORDERED.

DATED: February 10, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge