RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Brandon Lamar Pruitt

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Brandon Lamar Pruitt, that the parties herein shall have to and including March 7, 2017, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including March 28, 2017, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including April 4, 2017, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1.      The government disclosed additional discovery to defense counsel on February 15, 2017.  This discovery production largely included photographs taken during the course of the investigation.  Due to technical difficulties, defense could not open the discovery produced.  At the defense's request, the Government reproduced the discovery in a different format on February 23, 2017.  Although the second production of discovery was able to be opened and viewed by defense counsel, the original meta-data from the photographs was lost in the process of converting the files to a different format.  Defense and the government are working on finding a way to produce the discovery so the original meta-data can be accessed.

2.      Defense is requesting the Court extend its pre-trial motion deadline for 1 week to allow this discovery issue to be resolved. The additional week will also allow counsel time to review the newly received discovery with Mr. Pruitt.

3.      The Government does not oppose this 1-week extension.

4.      In addition, the Government is requesting an additional week to respond to defense counsel's motion. Defense does not oppose the Government having a total of 3 weeks to respond to any motion filed by the defense.

5.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the fourth stipulation to continue filed herein.

2

1

2

3      DATED this 28th day of February, 2017.

4   RENE L. VALLADARES                          DANIEL G. BOGDEN
    Federal Public Defender                     United States Attorney
5

6      */s/ Heidi A. Ojeda*                          */s/ Elham Roohani*
    By_____          By_____
7
    HEIDI A. OJEDA                              ELHAM ROOHANI
8   Assistant Federal Public Defender           Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>BRANDON LAMAR PRUITT,<br><br>        Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br><u>ORDER</u> |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the parties herein shall have to and including March 7, 2017 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including March 28, 2017 to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including April 4, 2017 to file any and all replies.

Dated: February 28, 2017.

_____
UNITED STATES DISTRICT JUDGE