UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:16-cr-00285-APG-NJK |
| vs. | ) | |
| BRANDON LAMAR PRUITT, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion to Suppress Evidence. Docket No. 36. The Court hereby SETS an evidentiary hearing on this motion for June 12, 2017, at 10:00 a.m. in Courtroom 3D. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

DATED: May 17, 2017.

NANCY J. KOPPE
United States Magistrate Judge