RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Brandon Lamar Pruitt

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Brandon Lamar Pruitt, that the evidentiary hearing currently scheduled for July 10, 2017 at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than August 11, 2017.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant will be in trial the week of July 10, 2017.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow sufficient time for defense counsel to prepare for the hearing.

This is the first stipulation to continue filed herein.

DATED this 6th day of July, 2017.

| RENE L. VALLADARES | STEVEN W. MYHRE |
| Federal Public Defender | Acting United States Attorney |

*/s/ Heidi A. Ojeda*  
By_____  
HEIDI A. OJEDA  
Assistant Federal Public Defender

*/s/ Elham Roohani*  
By_____  
ELHAM ROOHANI  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRANDON LAMAR PRUITT,<br><br>  Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>**ORDER** |

IT IS HEREBY ORDERED that the evidentiary currently scheduled for July 10, 2017 at the hour of 10:00 a.m. be vacated and continued to August 14, 2017, _____ at the hour of 10:00 a.m., in Courtroom 3B.

DATED this 6th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3