RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Brandon Lamar Pruitt

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-285-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE OBJECTIONS TO REPORT & RECOMMENDATION DEADLINE** (First Request) |
| v. | |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Brandon Lamar Pruitt, that the deadline for objections to the Magistrate's Report & Recommendation (ECF No. 68) be vacated and continued to October 17, 2017.

The Stipulation is entered into for the following reasons:

1. Undersigned just received the transcript from the Evidentiary Hearing despite ordering them immediately after the hearing and needs additional time to review the transcript and prepare objections to the Magistrate's Report & Recommendation (ECF No. 68).

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue the objections deadline filed herein.

DATED this 4th day of October, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-285-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

IT IS HEREBY ORDERED that the deadline to the Magistrate's Report & Recommendation be vacated and continued to October 17, 2017.

DATED this 4th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE