STEVEN W. MYHRE
Acting United States Attorney
ELHAM ROOHANI
Nevada Bar No. 12080
CHRISTOPHER BURTON
Nevada Bar No. 12940
Assistant United States Attorneys
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
Elham.Roohani@usdoj.gov
Christopher.Burton4@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:16-CR-00285-APG-NJK |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO UNSEAL SEARCH WARRANTS** |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrants that were issued as a part of the investigation in the above captioned case. The parties are seeking to unseal the warrants so that both parties can have complete copies of the warrant.

The case numbers of the search and seizure warrants the parties are seeking to unseal are: 2:16-mj-596-CWH and 2:16-mj-597-CWH.

The warrants, which were filed on August 25, 2016, are captioned: "In the Matter of the Search of Information Associated with Facebook User ID alexisz.delapaz (100003669813320) that is Stored at Premises Controlled by Facebook, Inc." and "In the Matter of the Search of Information Associated with Facebook User ID brandon.pruitt.311 (100007468273741) that is Stored at Premises Controlled by Facebook, Inc.", respectively.

IT IS SO ORDERED.

DATED: November 8, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

For the United States
STEVEN W. MYHRE
Acting United States Attorney

//s//
_____
ELHAM ROOHANI
Assistant United States Attorney

For the Defense:

//s//
_____
HEIDI OJEDA, ESQ.
Counsel for the Defendant