# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>(ECF Nos. 36, 68) |

Defendant Brandon Lamar Pruitt filed a motion to suppress statements he made prior to being given a *Miranda* warning and items seized from an apartment (including a firearm, drugs, and a journal). ECF No. 36. After conducting an evidentiary hearing, Magistrate Judge Koppe entered her Report & Recommendation recommending that the motion to suppress be denied. ECF No. 68. Mr. Pruitt filed an Objection to the Report & Recommendation (ECF No. 72) and the Government filed a Response (ECF No. 74). Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers. Good cause appearing,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's Report & Recommendation **(ECF No. 68) is accepted**. Mr. Pruitt's motion to suppress **(ECF No. 36) is denied**.

DATED this 16th day of November, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE