STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
ELHAM ROOHANI
Nevada Bar No. 12080
CHRISTOPHER BURTON
Nevada Bar No. 12940
Assistant United States Attorneys
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Elham.Roohani@usdoj.gov
Christopher.Burton4@usdoj.gov

Representing the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:16-cr-00285-APG-NJK |
| Plaintiff, | |
| v. | STIPULATION FOR A PROTECTIVE ORDER |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the public, or any third party not directly related to the above captioned case, the letter produced by the Government to the Defense on August 11, 2017 ("the Letter"). The parties state as follows:

1. In anticipation of the evidentiary hearing in the above-captioned case, which was scheduled to proceed on August 14, 2017, the Government

1

requested Henthorn material regarding potential witnesses.

2. On August 11, 2017, the Government received and produced the Letter to the defense regarding the requested Henthorn material.

3. Operating on a tight timeline, the Government produced the Letter out of an abundance of caution. Since that time, the Government has determined that the material contained in the Letter does not constitute impeachment material because it does not bear on truthfulness, and is considerably aged.

4. Upon request of the Government, the defense agreed to not disclose the contents of the Letter until further order of this Court.

5. In preparation for trial, the undersigned has spoken with defense counsel who has agreed that the defense will not use the contents of the Letter at trial in this case.

6. Accordingly, the parties stipulate and jointly move for a Protective Order from the Court protecting from disclosure to the public, or any third party not directly related to the above captioned case the contents of the Letter, and prohibiting use of the contents of the Letter at trial in the above captioned case.

7. Without leave of Court, the parties shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of the contents of the Letter;

    b. allow any other person to read, or otherwise review the contents of the Letter;

    c. attach the contents of the Letter to any of the pleadings, briefs, or other

court filings except to the extent those pleadings, briefs, or filings are filed under seal.

8. Should a reasonable need for this protective order cease to exist, on grounds other than the parties violating or circumventing its terms, the Government will move expeditiously for its dissolution.

9. The defense hereby stipulates to this protective order.

Respectfully submitted,
For the United States:

STEVEN W. MYHRE
Acting United States Attorney

_____/s/_____
ELHAM ROOHANI
Assistant United States Attorney


For the Defense:

_____/s/_____
HEIDI OJEDA, Esq.
Attorney for BRANDON LAMAR PRUITT

IT IS SO ORDERED:

_____
NANCY J. KOPPE
United States Magistrate Judge

December 8, 2017
_____
Date

3