```
                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA


UNITED STATES OF AMERICA,    )
                             )
   Plaintiff(s),             )
                             )
vs.                          )     2:16-cr-00285-APG-NJK-1
                             )
BRANDON LAMAR PRUITT,        )
                             )
Defendant.                   )
_____)
```

   This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

   IT IS ORDERED that the meal for December 20th and December 21st, 2018 for said jury shall be paid by the Clerk of Court.

DATED : December 27, 2017

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE