UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>**ORDER DENYING MOTION IN LIMINE REGARDING GOVERNMENT'S EXPERT WITNESS**<br><br>(ECF No. 157) |

Defendant Brandon Lamar Pruitt's motion to preclude testimony by the Government's proposed expert, Detective Anthony Petrulli, **(ECF No. 157) is DENIED**. If Detective Petrulli is properly qualified as an expert at trial, he may testify as set forth in the Government's supplemental notice (ECF No. 156). The defendant is free to object to specific questions and testimony as necessary.

DATED this 22nd day of January, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE