# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>                Defendant. | Case No. 2:16-cr-00285-APG-NJK<br><br>**ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL**<br><br>(ECF No. 197) |

      Defendant Brandon Lamar Pruitt moves for a judgment of acquittal after the jury convicted him on two counts: Sex Trafficking of a Minor and Transportation of a Minor for the Purposes of Prostitution. He alleges that the jury was presented insufficient evidence to convict him on either count. In considering this claim, I am "obliged to construe the evidence 'in the light most favorable to the prosecution,' and only then determine whether 'any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt.'" *United States v. Nevils*, 598 F.3d 1158, 1161 (9th Cir. 2010) (quoting *Jackson v. Virginia*, 443 U.S. 307, 319 (1979)).

      The Government presented several live witnesses and documentary evidence that established each of the elements of the crimes charged. Based on the evidence presented at trial, any rational juror could have found Mr. Pruitt guilty of those crimes beyond a reasonable doubt. Mr. Pruitt's motion lacks merit and is denied.

      IT IS THEREFORE ORDERED that defendant Pruitt's motion for judgment of acquittal **(ECF No. 197) is DENIED.**

      DATED this 10th day of May, 2018.

                                                                                       ANDREW P. GORDON
                                                                                      UNITED STATES DISTRICT JUDGE