1   RENE L. VALLADARES
    Federal Public Defender
2   Nevada State Bar No. 11479
    HEIDI OJEDA
3   Assistant Federal Public Defender
    Nevada State Bar No. 12223
4   411 E. Bonneville, Ste. 250
    Las Vegas, Nevada 89101
5   (702) 388-6577/Phone
    (702) 388-6261/Fax
6   Heidi_Ojeda@fd.org

7   Attorney for Brandon Lamar Pruitt

8                       **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,                    Case No. 2:16-cr-285-APG-NJK

12          Plaintiff,                           **STIPULATION TO CONTINUE
                                                 SENTENCING HEARING**
13          v.                                   (Second Request)

14  BRANDON LAMAR PRUITT,

15          Defendant.

16

17          IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United

18  States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United

19  States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant

20  Federal Public Defender, counsel for Brandon Lamar Pruitt, that the Sentencing Hearing

21  currently scheduled on August 23, 2018 at the hour of 10:30 a.m., be vacated and continued to

22  a date and time convenient to the Court, but no sooner than sixty (60) days.

23          This Stipulation is entered into for the following reasons:

24          1.      Counsel for the defense needs additional time to investigate and gather

25  mitigation documents in order to file objections and sentencing memorandum.

26          2.      Defendant is incarcerated and does not object to a continuance.

1        3.      Additionally, denial of this request for continuance could result in a miscarriage

2    of justice.

3            This is the second request for continuance filed herein.

4            DATED this 31st day of July, 2018.

5

6    RENE L. VALLADARES                          DAYLE ELIESON
     Federal Public Defender                     Acting United States Attorney

7

8        */s/ Heidi Ojeda*                            */s/ Elham Roohani*
     By_____        By_____

9    HEIDI OJEDA                                 ELHAM ROOHANI
     Assistant Federal Public Defender           Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-285-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on August 23, 2018 at the hour of 10:30 a.m., be vacated and continued to  October 23, 2018  at the hour of  10 : 00  a .m.in Courtroom 6C.

DATED this  31st  day of  July , 2018.

_____

UNITED STATES DISTRICT JUDGE

3