1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   HEIDI OJEDA
3  Assistant Federal Public Defender
   Nevada State Bar No. 12223
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Heidi_Ojeda@fd.org

7  Attorney for Brandon Lamar Pruitt

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-285-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Brandon Lamar Pruitt, that the Sentencing Hearing currently scheduled on November 6, 2018 at the hour of 3:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defense is scheduled to be in trial in *United States v. Fujinaga et al*, 2:15-cr-198-GMN-NJK, during the currently scheduled sentencing hearing date.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 30th day of October, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>Acting United States Attorney |
| */s/ Heidi Ojeda*<br>By_____<br>HEIDI OJEDA<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON LAMAR PRUITT,<br><br>　　　　Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on November 6, 2018 at the hour of 3:00 p.m., be vacated and continued to February 7, 2019 at the hour of 2:00 p.m.

　　　DATED this 30th day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE