RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Brandon Lamar Pruitt

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-285-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Fourth Request) |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Brandon Lamar Pruitt, that the Sentencing Hearing currently scheduled on February 7, 2019 at the hour of 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have been attempting to negotiate a sentencing agreement in this case. Those negotiations have failed.

2. Additional time is necessary for the defense to make objections to the PSR and for both parties to file their respective briefing.

3. The defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 31st day of January, 2019.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
Acting United States Attorney


*/s/ Heidi Ojeda*
By_____

HEIDI OJEDA
Assistant Federal Public Defender

*/s/ Elham Roohani*
By_____

ELHAM ROOHANI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

BRANDON LAMAR PRUITT,

              Defendant.

Case No. 2:16-cr-285-APG-NJK

**ORDER**

      Based on the Stipulation of counsel and good cause appearing,

      IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on February 7, 2019 at the hour of 2:00 p.m., be vacated and continued to _March 18, 2019_ at the hour of _9_ : _30_ _a_.m. in Courtroom 6C.

      DATED this _1st_ day of February, 2019.

                              _____

                              UNITED STATES DISTRICT JUDGE

3