UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00285-APG-NJK |
|---|---|
| Plaintiff, | **ORDER TEMPORARILY UNSEALING TRANSCRIPT** |
| v. | |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

On April 30, 2019, Katherine Eismann, Official Court Reporter/Transcriber, received a Transcript Order from Cristen C.Thayer, counsel for defendant, requesting a transcript of the sealed hearing February 13, 2017, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remained sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 20th day of May.

_____
NANCY J. KOPPE
MAGISTRATE JUDGE

ORDER - 1