# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Brandon Lamar Pruitt,<br><br>        Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>**ORDER**<br><br>(ECF No. 244) |

      I grant the defendant's motion for copies of sealed documents. ECF No. 244.

      I order the Clerk's office to provide copies of the sealed jury documents filed at ECF Nos. 132, 137, 138, 185, and 193 **to counsel for Mr. Pruitt and counsel for the government**. Should the parties file any of these documents with the Ninth Circuit in Mr. Pruitt's pending appeal, they shall first redact any personally identifying information regarding any juror.

      I further order the Clerk's office to provide **to counsel for the government only** copies of the sealed documents regarding the material witness warrant for A.D. filed at ECF Nos. 77, 78, 79, 81, 85, 93, 94, 96, 97, 98, and 107. The government's counsel will then provide redacted copies to Mr. Pruitt's counsel, per the parties' agreement.

      Dated: December 19, 2019.

                                                      ANDREW P. GORDON
                                                      UNITED STATES DISTRICT JUDGE