# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-285-APG-NJK |
| Plaintiff, | ORDER |
| v. | |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the Defendant Brandon Pruitt, through counsel, shall have to and including July 21, 2021 to file any Reply to the Government's Objections to Defendant's Motion to Temporarily Suspend FRP Payments Due to the Coronavirus Pandemic.

DATED this 2nd of July, 2021.

_____
UNITED STATES DISTRICT JUDGE