RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WENDI L. OVERMYER
Assistant Federal Public Defender
Las Vegas, Nevada 89101
(702) 388-6577
wendi_overmyer@fd.org

Attorney for Brandon Lamar Pruitt

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BRANDON LAMAR PRUITT,<br><br>            Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>**Stipulation to Stay Briefing on Remand pending Resolution of Petition for Certioari** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Wendi L. Overmyer, Assistant Federal Public Defender, counsel for Brandon Lamar Pruitt, that the current briefing schedule on remand—providing that the parties file a stipulation for items agreed upon by August 13, 2021 and briefing for items not agreed upon by August 20, 2021 (ECF No. 258)—be stayed pending resolution of Mr. Pruitt's forthcoming petition for certiorari to the United States Supreme Court. The parties further stipulate Mr. Pruitt will notify this Court within 14 days of resolution of the petition.

The Stipulation is entered into for the following reasons:

1. Mr. Pruitt appealed his conviction and sentence (ECF No. 216) to the United States Court of Appeals for the Ninth Circuit. *United States v. Pruitt*, No. 19-10125 (9th Cir.). The Ninth Circuit affirmed in part and vacated in part, entering a limited remand to conform the written judgment to this Court's oral sentence for certain supervision conditions and for consideration of an obstruction sentencing enhancement. Memorandum, *United States v. Pruitt*, No. 19-10125, 839 F. App'x 90, 95 (9th Cir. 2020). The Ninth Circuit denied Mr. Pruitt's petition for rehearing and en banc review. Order, *United States v. Pruitt*, No. 19-10125, Dkt. 74 (9th Cir. June 29, 2021). This Court subsequently ordered the parties to file a stipulation for remand items agreed upon by August 13, 2021 and briefing for items not agreed upon by August 20, 2021. ECF No. 258.

2. Mr. Pruitt intends to file a petition for certiorari with the Supreme Court. Mr. Pruitt has until September 27, 2021 to file his petition. Sup. Ct. R. 13.

3. Given that Mr. Pruitt intends to seek further review of his conviction and sentence, the parties now stipulate to stay the briefing schedule on remand (ECF No. 258) pending resolution of Mr. Pruitt's forthcoming petition for certiorari. Mr. Pruitt will notify this Court within 14 days of the Supreme Court's resolution of his petition.

4. The Government does not oppose the stay of the briefing schedule pending resolution of Mr. Pruitt's forthcoming petition for certiorari.

**Dated:** July 27, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Wendi L. Overmyer*<br>By_____<br>WENDI L. OVERMYER<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-285-APG-NJK |
| Plaintiff, | ORDER |
| v. | |
| BRANDON LAMAR PRUITT, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the current briefing schedule on remand—providing that the parties file a stipulation for items agreed upon by August 13, 2021 and briefing for items not agreed upon by August 20, 2021 (ECF No. 258)—be stayed pending resolution of Mr. Pruitt's forthcoming petition for certiorari to the United States Supreme Court. The Court further orders Mr. Pruitt to notify this Court within 14 days of resolution of the petition.

DATED this 27th of July, 2021.

_____
UNITED STATES DISTRICT JUDGE