RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WENDI L. OVERMYER
Assistant Federal Public Defender
Las Vegas, Nevada 89101
(702) 388-6577
wendi_overmyer@fd.org

Attorney for Brandon Lamar Pruitt

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON LAMAR PRUITT,<br><br>　　　　　Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>**STIPULATION TO CONTINUE REPLY MOTION DEADLINE**<br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Wendi L. Overmyer, Assistant Federal Public Defender, counsel for Brandon Lamar Pruitt, that the defense shall have to and including September 3, 2021, to file any Reply to the Government's Objections to Defendant's Motion to Temporarily Suspend FRP Payments Due to the Coronavirus Pandemic.  ECF No. 250.

　　　The Stipulation is entered into for the following reasons:

　　　1.　　Mr. Pruitt filed a pro se Motion to Temporarily Suspend FRP Payments Due to the Coronavirus Pandemic on June 17, 2021.  ECF No. 249.

The government responded in opposition on June 30, 2021, attaching a number of exhibits. ECF No. 250. The reply motion was originally due July 7, 2021. ECF No. 250. The parties have stipulated to two 14-day extensions, and the current reply date is August 4, 2021. ECF Nos. 252-253, 256-257. The parties now request a 30-day extension, which places the due date on September 3, 2021.

2. Due to delays within the BOP due to COVID lockdown operations, and delays within the U.S. Postal Service, defense counsel requires additional time to speak with Mr. Pruitt on a confidential legal phone call regarding the motion and to receive relevant documents from Mr. Pruitt. The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time to fully consult with Mr. Pruitt regarding the reply.

3. The Government does not oppose this 30-day extension.

This is the third stipulation to continue filed herein.

**Dated:** August 3, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Wendi L. Overmyer*<br>By_____<br>WENDI L. OVERMYER<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON LAMAR PRUITT,<br><br>　　　　Defendant. | Case No. 2:16-cr-285-APG-NJK<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the Defendant Brandon Pruitt, through counsel, shall have to and including September 3, 2021 to file any Reply to the Government's Objections to Defendant's Motion to Temporarily Suspend FRP Payments Due to the Coronavirus Pandemic.

DATED this  3rd  of August, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3