RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Cristen C. Thayer
Assistant Federal Public Defender
Nevada State Bar No. 12873
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Cristen_Thayer@fd.org

Attorney for Brandon Pruitt

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Brandon Lamar Pruitt,<br><br>        Defendant. | Case No. 2:16-cr-00285-APG-NJK<br><br>**Unopposed Motion to Withdraw Motion to Temporarily Suspend FRP Payments Due to the Coronavirus Pandemic** |

Defendant Brandon Pruitt moves this Court, through undersigned counsel, to allow him to withdraw his pro se Motion to Temporarily Suspend FRP Payments Due to the Coronavirus Pandemic, without prejudice. ECF No. 249. After speaking with his counsel, Mr. Pruitt has decided to voluntarily withdraw this motion. Therefore, he requests the Court order that his motion is withdrawn, without prejudice. The undersigned has contacted counsel for the

1  government, Assistant United States Attorney Elham Roohani, and the
2  government does not oppose this request.
3       Dated: August 6, 2021

4                                    RENE L. VALLADARES
                                     Federal Public Defender
5
6                              By:   */s/ Cristen C. Thayer*
                                     Cristen C. Thayer
7                                    Assistant Federal Public Defender
                                     Attorney for Brandon Pruitt
8

11     IT IS SO ORDERED.

13     Dated: August  9th , 2021

16                                   _____
                                     HONORABLE ANDREW P. GORDON

2