# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>    Defendant | Case No.: 2:16-cr-00285-APG-NJK<br><br>**Order Setting Briefing Schedule** |

The Supreme Court of the United States has denied Brandon Pruitt's petition for certiorari. ECF No. 267.

I THEREFORE ORDER counsel for the parties to confer to determine whether they can agree on (1) language for the three conditions of supervision that were remanded, and (2) whether U.S.S.G. § 3C1.1 applies. The parties will file a stipulation on the items they agree upon by December 17, 2021. As for any disagreements, the parties will file briefs on those issues by December 29, 2021.

DATED this 23rd day of November, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE