# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00285-APG-NJK |
| Plaintiff | **Order Extending Time** |
| v. | |
| BRANDON LAMAR PRUITT, | |
| Defendant | |

Defendant Brandon Pruitt filed a pro se motion to under 28 U.S.C. § 2255 and subsequently filed a pro se motion to extend time to file a memorandum in support of his § 2255 motion. ECF Nos. 277; 278.  I granted the motion for an extension of time and gave Pruitt until December 28, 2022 to file the supplemental memorandum. ECF No. 279.  Pruitt did not file the memorandum.

It is unclear whether Pruitt received a copy of my order.  Additionally, I note that Pruitt is still represented by the Federal Public Defender.  I therefore extend the time for Pruitt to file his memorandum, and I direct the clerk of court to mail a copy of this order to him.  Further, I order Pruitt's counsel to provide notice as to whether they intend to file a supplemental motion on Pruitt's behalf or to file a motion to withdraw.

I THEREFORE ORDER that defendant Brandon Pruitt has until February 10, 2023, to file a memorandum in support of § 2255 motion.  The clerk of court is instructed to mail a copy of this order to Pruitt at the following address:

Brandon Lamar Pruitt
Reg Number: 53611-048
USP Tuscon
P.O. Box 24550
Tuscon Arizona 85734

I FURTHER ORDER that by January 27, 2023, Pruitt's current counsel shall provide notice as to whether they intend to file a supplemental motion on his behalf or file a motion to withdraw from representing him.

DATED this 9th day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE