**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>   Defendant | Case No.: 2:16-cr-00285-APG-NJK<br><br>**Order Extending Time** |

I HEREBY ORDER that defendant Brandon Pruitt's motion for extension **(ECF No. 284) is granted**. Pruitt has until March 20, 2023 to file a memorandum in support of his § 2255 motion.

DATED this 27th day of February, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE