# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff

v.

BRANDON LAMAR PRUITT,

    Defendant

Case No.: 2:16-cr-00285-APG-NJK

**Order**

    I ORDER the United States to file a response to defendant Brandon Pruitt's motion under 28 U.S.C. § 2255 (ECF No. 277) as supplemented (ECF No. 286), if it has any, no later than May 5, 2023.  Defendant may file a reply in support of the motion within 30 days after the Government files its response.

    DATED this 4th day of April, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE