# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00285-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| BRANDON LAMAR PRUITT, | |
| Defendant | |

I ORDER that the United States' motion for an order deeming the attorney/client privilege waived and ordering discovery **(ECF No. 289) is GRANTED**. The attorney-client privilege between defendant Brandon Pruitt and his counsel, Heidi Ojeda and Raquel Lazo, is waived with regard to all communications referenced in Pruitt's § 2255 motion and supplement for his ineffective assistance of counsel claims.

I FURTHER ORDER that by May 26, 2023, Ojeda and Lazo shall provide affidavits or declarations responding to the allegations of ineffective assistance of counsel in Pruitt's § 2255 motion and supplement. Additionally, by that same date, they must provide the United States with copies of any electronic or written communications in their possession that document information or advice conveyed to Pruitt that are related to the allegations of ineffective assistance of counsel in Pruitt's § 2255 motion and supplement.

I FURTHER ORDER counsel for the United States to provide Ojeda and Lazo with copies of Pruitt's motion (ECF No. 277), supplement (ECF No. 286), and this order.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that the deadline for the United States to file a response to Pruitt's motion is extended to June 26, 2023. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 26th day of April, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE