**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>    Defendant | Case No.: 2:16-cr-00285-APG-NJK<br><br>**Order Granting Extension**<br><br>[ECF No. 293] |

I ORDER that defendant Brandon Pruitt's motion for an extension of time (ECF No. 293) is granted. Pruitt may file his reply by September 11, 2023.

DATED this 24th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE