Lisa Rasmussen, Esq.
Nevada Bar No. 7491
**The Law Offices of Kristina Wildeveld & Associates**
550 E Charleston Blvd. Suite A
Las Vegas, NV  89104
Tel. (702) 222-0007
Fax. (702) 222-0001

Email:  Lisa@Veldlaw.com

Attorneys for Brandon Pruitt

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00285 APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| BRANDON PRUITT, | |
| Defendant. | |

COME NOW the parties, Brandon Pruitt, by and through his counsel, Lisa Rasmussen, and the United States of America, by and through its counsel, AUSA Adam Flake, and hereby request that this Court extend the deadline for them to submit a status report until Tuesday January 16, 2024 for the following reasons:

1. This Court's order dated October 25, 2023 directed that counsel be appointed for Mr. Pruitt and ordered the parties to file a joint status report within 60 days of the appointment.  ECF 297.

2. Ms. Rasmussen was appointed on October 30, 3023, so the status report is due tomorrow, December 29, 2023.  See ECF 298.

Stipulation and Order - 1

3. Ms. Rasmussen has a family crisis and as such requires additional time to confer with Mr. Flake.  She also needs additional time to review the file to determine what witnesses are necessary for the evidentiary hearing so that we can give the court an honest appraisal of the time estimated for the hearing.

4. Both the government and Ms. Rasmussen believe that an additional two weeks will permit them to properly submit a status report suggesting dates they are available for the hearing, as well as the other inquires the court asked us to address.

5. The parties request January 16, 2024 due to the upcoming New Year Holiday and the Martin Luther King Holiday that will follow.

6. This request is not made for the purpose of delay.

Dated this 28th day of December, 2023.

| | |
|---|---|
| **The Law Offices of Kristina Wildeveld & Associates,** | **Jason Frierson,**<br>**United States Attorney**<br>**District of Nevada,** |
| /s/ Lisa A. Rasmussen | /s/ Adam Flake |
| By:  Lisa A. Rasmussen, Esq. Counsel for Brandon Pruitt | By:  AUSA Adam Flake<br>Counsel for the United States |

### ORDER

Upon the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the parties deadline to file their Joint Status Report as previously directed is hereby extended to January 16, 2024.

Dated: January 2, 2024

_____
The Honorable Andrew P. Gordon
United States District Judge

Stipulation and Order - 2