# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>  Defendant | Case No.: 2:16-cr-00285-APG-NJK<br><br>**Order**<br><br>[ECF No. 303] |

Defendant Brandon Lamar Pruitt filed a pro se motion requesting a copy of the docket sheet and contact information for court-appointed attorney Lisa Rasmussen. ECF No. 303. I deny Pruitt's motion because he is represented by counsel and cannot file motions on his own behalf. Under Local Rule IA 11-6(a), "[u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."

Rasmussen should reach out to Pruitt regarding the evidentiary hearing currently scheduled for April 23, 2024 at her earliest convenience.

I THEREFORE ORDER that the motion for docket sheet and attorney contact information **(ECF No. 303) is DENIED**.

DATED this 9th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE