**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>    Defendant | Case No.: 2:16-cr-00285-APG-NJK<br><br>**Order Denying Pruitt's Request for Copy of Docket Sheet**<br><br>[ECF No. 306] |

Defendant Brandon Lamar Pruitt filed a pro se motion requesting a copy of the criminal docket sheet in his case. ECF No. 306. I deny Pruitt's motion because he is represented by counsel and cannot file motions on his own behalf. Under Local Rule IA 11-6(a),

> [u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

I THEREFORE ORDER that the motion for docket sheet **(ECF No. 306) is DENIED.**

DATED this 25th day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE