Lisa Rasmussen, Esq.
Nevada Bar No. 7491
**The Law Offices of Kristina Wildeveld & Associates**
550 E Charleston Blvd. Suite A
Las Vegas, NV  89104
Tel. (702) 222-0007
Fax. (702) 222-0001

Email:  Lisa@Veldlaw.com

Attorneys for Brandon Pruitt

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00285 APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| BRANDON PRUITT, | |
| Defendant. | |

COME NOW the parties, Brandon Pruitt, by and through his counsel, Lisa Rasmussen, and the United States of America, by and through its counsel, AUSA Nadia Ahmed, and hereby request that this Court vacate the evidentiary hearing currently scheduled for June 28, 2024 and reset it to a date the first week in October, 2024.  This stipulation is based upon the following:

1. Mr. Pruitt wanted to see all of the discovery in his case.  When he was transferred to Pahrump, his files and records did not transfer to him.  It has taken time and effort to obtain the discovery he wanted from the FPD and in turn to get it to him.

Stipulation and Order - 1

2.      Defense counsel wants Mr. Pruitt to have the opportunity to review the discovery and then in turn to discuss it with her and its applicability to the evidentiary hearing.

3.      The government is not opposed to this request and new counsel for the government recently appeared in this matter.

4.      Due to the schedules of the witnesses and the trial schedules of counsel for the government and counsel for Mr. Pruitt, the parties are not available until early October and request the hearing be reset to the first week of October, 2024.

5.      This request is not made for the purpose of delay.

Dated this 25th day of June, 2024.

| | |
|---|---|
| **The Law Offices of Kristina Wildeveld & Associates,** | **Jason Frierson, United States Attorney District of Nevada,** |
| /s/ Lisa A. Rasmussen | /s/ Nadia Ahmed |
| By: Lisa A. Rasmussen, Esq. Counsel for Brandon Pruitt | By: AUSA Nadia Ahmed Counsel for the United States |

## ORDER

Upon the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the evidentiary hearing presently scheduled for June 28, 2024 be vacated and reset to the 3rd day of October, 2024 at 9:00 a.m. in courtroom 6C.

Dated: June 25, 2024

_____
The Honorable Andrew P. Gordon
United States District Judge

Stipulation and Order - 2