# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00285-APG-NJK |
| Plaintiff | **Order Denying Pruitt's Third Request for Copy of Docket Sheet** |
| v. | [ECF No. 310] |
| BRANDON LAMAR PRUITT, | |
| Defendant | |

Defendant Brandon Lamar Pruitt has filed a third pro se motion requesting a copy of the docket sheet. ECF No. 310. I denied Pruitt's previous two motions (ECF Nos. 303, 306), and am denying this third motion, because he is represented by counsel and cannot file motions on his own behalf. Under Local Rule IA 11-6(a),

> [u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

I THEREFORE ORDER that Pruitt's third motion for docket sheet **(ECF No. 310) is DENIED.**

I FURTHER ORDER Pruitt's counsel to contact Pruitt, advise him of this order and my two prior orders denying his requests, and ask him to not file another similar motion or he risks being sanctioned.

DATED this 17th day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE