LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: Lisa@nvlitigation.com; efile@nvlitigation.com

*Attorney for Defendant BRANDON PRUITT*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>BRANDON PRUITT,<br><br>   Defendant. | Case No.: 2:16-cr-00285 APG-NJK<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING; AND ORDER (Fourth)** |

   COME NOW the parties, Brandon Pruitt, by and through his counsel, Lisa Rasmussen, and the United States of America, by and through its counsel, AUSA Steven Rose, and hereby request that this Court vacate the evidentiary hearing currently scheduled for January 15, 2025 and reset it to February 11, 2025. This stipulation is based upon the following:

   1.   Ms Rasmussen has a conflict on January 15, 2025 that is difficult to move as it is a sentencing for the death penalty case she tried in October and there are victim speakers from Vietnam who wish to be heard.

   2.   The parties have met and conferred and have ensured that the witnesses are able to attend on February 11, 2025 if the Court can accommodate this short continuance.

   3.   The government is not opposed to this request.

   4.   This request is not made for the purpose of delay.

Dated this 30th day of December, 2024.

1

| | |
|---|---|
| **McLetchie Law** | **Jason Frierson,**<br>**United States Attorney**<br>**District of Nevada,** |
| */s/ Lisa A. Rasmussen* | */s/ Steven Rose* |
| By: Lisa A. Rasmussen, Esq.<br>Counsel for Brandon Pruitt | By: AUSA Steven Rose<br>Counsel for the United States |

## ORDER

Upon the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the evidentiary hearing presently scheduled for January 15, 2025 be vacated and reset to the 11th day of February, 2025 at 9:00 a.m. in Courtroom 6C.

Dated: January 2, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE