# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00285-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON LAMR PRUITT, | |
| Defendant. | |

On February 11, 2025, this court held an evidentiary hearing, and the hearing has concluded.

IT IS ORDERED that Mr. Pruitt be immediately remanded to the custody of the Bureau of Prisons.

DATED this 11th day of February 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE