# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>    Defendant | Case No.: 2:16-cr-00285-APG-NJK<br><br>**Order Granting Motion to Strike**<br><br>[ECF No. 285] |

Defendant Brandon Pruitt filed, pro se, a letter related to his motion to vacate under 28 U.S.C. § 2255. ECF No. 327. The United States of America moves to strike that document. I grant the United States' motion because Pruitt has counsel, so he cannot file documents pro se in this case, and because his filing contains personal identifiers in violation of the Local Rules. *See* LR IC 6-1 (directing parties to refrain from including personal identifiers in court filings); IA 11-6 ("Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case.").

I THEREFORE ORDER that the United States' motion to strike (**ECF No. 328) is GRANTED. The clerk of court is instructed to strike ECF No. 327**.

DATED this 3rd day of March, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE