# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>BRANDON LAMAR PRUITT,<br><br>    Defendant | Case No.: 2:16-cr-00285-APG-NJK<br><br>**Order Denying Certificate of Appealability**<br><br>[ECF No. 337] |

The Ninth Circuit Court of Appeals remanded this case "for the limited purpose of granting or denying a certificate of appealability." ECF No. 337. A certificate of appealability must be

> based on a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)(B). The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. To meet this threshold inquiry, the petitioner must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further.

*United States v. Givens*, 268 F. Supp. 3d 1108, 1124 (D. Nev. 2017) (simplified).

I decline to issue a certificate of appealability in this case. The testimony presented at the evidentiary hearing contradicted Pruitt's claims in his petition under 28 U.S.C. § 2255. And Pruitt failed to establish either of the *Strickland* prongs, let alone both as is required to obtain relief. ECF No. 330 at 5. The issues are not debatable.

I THEREFORE deny a certificate of appealability.

I FURTHER ORDER the clerk of court to send a copy of this order to the Ninth Circuit.

DATED this 24th day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE